**99–502.   Soc. Natl. Bank v. Byrd.**
Franklin App. No. 98AP–1335.   Reported at 85 Ohio St.3d 1496, 710 N.E.2d 716.   On motion for reconsideration.   Motion denied.
   RESNICK, J., not participating.

**99–508.   State v. Trammell.**
Stark App. No. 1998CA00026.   Reported at 85 Ohio St.3d 1499, 710 N.E.2d 717.   On motion for reconsideration.   Motion denied.

**99–511.   Lyttle v. Progressive Cas. Ins. Co.**
Cuyahoga App. No. 73620.   Reported at 85 Ohio St.3d 1499, 710 N.E.2d 717.   On motion for reconsideration.   Motion denied.
   DOUGLAS and PFEIFER, JJ., dissent.

**99–552.   Este Oils Co. v. Federated Ins. Co.**
Hamilton App. No. C–980048.   Reported at 86 Ohio St.3d 1406, 711 N.E.2d 234.   On motion for reconsideration.   Motion denied.
   PFEIFER, J., dissents.

**99–566.   Rivera v. Lake Terminal RR. Co.**
Lorain App. No. 97CA006722.   Reported at 86 Ohio St.3d 1402, 711 N.E.2d 231.   On motion for reconsideration.   Motion granted and discretionary appeal allowed.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**99–605.   State v. Reynolds.**
Clermont App. No. CA98–01–006.   Reported at 86 Ohio St.3d 1407, 711 N.E.2d 234.   On motion for reconsideration.   Motion denied.
   MOYER, C.J., dissents.

**99–777.   State v. Sleppy.**
Darke App. No. 96CA1412.   Reported at 86 Ohio St.3d 1403, 711 N.E.2d 231.   On motion for reconsideration.   Motion denied.
   MOYER, C.J., dissents.